STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES FINKLE, DEFENDANT-PETITIONER.

*Mr. Nathan Cholodenko* and *Mr. Allen J. Simonson* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. George Franconero* for the respondent.

June 30, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM L. MASCHARKA, DEFENDANT-PETITIONER.

*Messrs. Shanley & Fisher, Mr. Frederick B. Lacey* and *Mr. Thomas F. Campion* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero* for the respondent.

June 30, 1967. Denied.

HENRY O. LOPEZ, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. NEW JERSEY BELL TELEPHONE COMPANY, DEFENDANT AND ARTHUR J. SILLS, DEFENDANT-PETITIONER.

*Mr. Arthur J. Sills* and *Mr. Joseph A. Hoffman* for the petitioner.

*Messrs. Anschelewitz, Barr & Ansell* for the respondents.

June 30, 1967. Granted.